ELIZA BESEMAN, PLAINTIFF IN ERROR, v. THE PENNSYL-VANIA RAILROAD COMPANY, DEFENDANT IN ERROR.

On error to the Supreme Court.

For opinion of the Supreme Court, see 21 *Vroom* 235.

For the plaintiff in error, *John Linn.*

For the defendant in error, *J. B. Vredenburgh*, and *Wayne Mac Veagh*, of Pennsylvania.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, DEPUE, GARRISON, MAGIE, VAN SYCKEL, BROWN, CLEMENT, COLE, MC-GREGOR, SMITH, WHITAKER.    11.

*For reversal*—None.